UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:11-CV-00076-TBR

FIRST BANCORP, INC. d/b/a FIRST NATIONAL                                   Plaintiff
BANK RUSSELL SPRINGS

v.

UNITED STATES OF AMERICA, *et al.*                                         Defendants

**ORDER AND JUDGMENT**

This matter is before the Court upon Plaintiff First Bancorp, Inc. d/b/a First National Bank Russell Springs (First National) and Defendant United States' competing Motions for Summary Judgment. (Docket Nos. 11 & 12, respectively.) The United States filed a Response, (Docket No. 15), First National filed a Combined Reply and Response, (Docket No. 18), and the United States filed a Reply, (Docket No. 19). This matter is now fully briefed and ripe for adjudication.

Having considered the parties' arguments and being otherwise sufficiently advised, for the reasons set forth in the Court's separately entered Memorandum Opinion;

IT IS HEREBY ORDERED AND ADJUDGED that:

(1) Defendant United States' Motion for Summary Judgment, (Docket No. 12), is

GRANTED IN PART and DENIED IN PART as follows:

   (a) The United States' Motion is GRANTED relative to the levies of the first four Cooper Payments, which occurred on October 8, 2010, November 19, 2010, December 13, 2010, and January 12, 2011, each in the amount of $22,222.22;

Case 1:11-cv-00076-TBR   Document 24   Filed 05/10/13   Page 2 of 2 PageID #: 347

    (b) The United States' Motion is DENIED relative to the remaining levies of the Cooper Payments;

(2) Plaintiff First National's Motion for Summary Judgment, (Docket No. 11), is

    GRANTED IN PART and DENIED IN PART as follows:

    (a) First National's Motion is GRANTED relative to the final five levies of the Cooper Payments, which occurred on February 14, 2011 ($22,222.22), March 14, 2011 ($22,222.22), April 11, 2011 ($22,222.22), May 11, 2011 ($22,222.22), and June 10, 2011 ($14,173.10); and, pursuant to 26 U.S.C. § 7426(b)(2)(B), JUDGMENT IS HEREBY ENTERED in favor of First National and against Defendant in the amount of $103,061.98, representing the total amount of monies wrongfully levied upon.

    (b) First National's Motion is DENIED relative the other levies of the Cooper Payments.

    This is a final and appealable Order.

Date:

cc:    Counsel
       AUSA